DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONYA FERGUSON,**
Appellant,

v.

**CHRIS B. RAY,**
Appellee.

No. 4D19-2924

[November 27, 2019]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 2019DR005602 NB FI.

John F. Schutz of John F. Schutz, PL, Palm Beach Gardens, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***